■ In the Matter of WILLIAM OLIVER, Petitioner, v WALTER KELLY, as Superintendent of Attica Correctional Facility, Re-

spondent.—Motion for reargument granted and upon reargument determination unanimously confirmed and petition dismissed *(see, Matter of Lahey v Kelly,* 71 NY2d 135). Cross motion to remand denied. Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.